# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LEE WOLCOTT,<br><br>Plaintiff,<br><br>v.<br><br>REYNOSO,<br><br>Defendant. | **Case No. 1:14-cv-00936-DAD-JLT (PC)**<br><br>**ORDER VACATING SETTLEMENT CONFERENCE, VACATING WRIT FOR APPEARANCE BY VIDEO CONFERENCING, AND LIFTING STAY**<br><br>(Docs. 52, 57, 58, 60, 61.) |

A settlement conference is currently scheduled for March 7, 2019 at 9:30 a.m. in front of the undersigned. However, in light of Plaintiff's objection to the undersigned conducting it and request for a 30-day extension of time to file a confidential settlement statement, the Court no longer finds that a settlement conference is likely to be beneficial at this time.

Accordingly, the settlement conference scheduled for March 7, 2019 is VACATED; the order and writ of habeas corpus ad testificandum for Plaintiff to appear by video conference is VACATED; the stay is lifted; and a Discovery and Scheduling Order will issue separately. The parties are encouraged to informally engage in settlement discussions and may request a court supervised settlement conference be rescheduled if they believe it would be beneficial.

IT IS SO ORDERED.

Dated: __February 26, 2019__        /s/ Jennifer L. Thurston
                                  UNITED STATES MAGISTRATE JUDGE