# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LEE WOLCOTT,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF RABBIS OF NORTHERN AND SOUTHERN CALIFORNIA, et al.,<br><br>Defendants. | Case No. 1:14-cv-00936-DAD-JLT (PC)<br><br>**ORDER ON PLAINTIFF'S MOTION REQUEISTING COURT SUPERVISED SETTLEMENT CONFERENCE BE RESCHEDULED**<br><br>**(Doc. 65)**<br><br><br>**30-DAY DEADLINE** |

Plaintiff filed a motion requesting a court supervised settlement conference be rescheduled. (Doc. 65.) Plaintiff indicates that he "is, and has been willing to settle" this action. (*Id.*) Accordingly, the parties SHALL engage in settlement discussions either by telephone or in person and make good faith efforts to settle the case informally. If they cannot settle the matter, **within 30 days** of the date of service of this order, defense counsel SHALL file a status report indicating whether the case is likely to settle with a settlement conference, or if doing so would be futile.

IT IS SO ORDERED.

Dated: __March 12, 2019__           ___/s/ Jennifer L. Thurston___
                                                            UNITED STATES MAGISTRATE JUDGE

1