# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LEE WOLCOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>REYNOSO,<br><br>        Defendant. | Case No. 1:14-cv-00936-DAD-JLT (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE BRANDON LEE WOLCOTT, CDCR #P-75578 |

A settlement conference in this matter commenced on April 24, 2019. Inmate Brandon Lee Wolcott, CDCR #P-75578 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **April 24, 2019**

                               UNITED STATES MAGISTRATE JUDGE